The Honorable Ronald B. Leighton

FILED ___ LODGED
___ RECEIVED
APR 16 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY X. KELLEY, <br><br> Defendant. | NO. CR15-5198RBL <br><br> MOTION TO QUASH ARREST WARRANT |

The United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Andrew Friedman, Katheryn Frierson, and Arlen Storm, Assistant United States Attorneys for said District, hereby respectfully requests that the Court quash the arrest warrant for Troy X. Kelley issued in

this case as the Defendant has agreed to self-surrender.

DATED this 16th day of April, 2015.

Respectfully submitted,

ANNETTE L. HAYES
Acting United States Attorney

*/s/ Katheryn Frierson*

ANDREW C. FRIEDMAN
KATHERYN KIM FRIERSON
ARLEN R. STORM
Assistant United States Attorneys
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone:   (253) 428-3800
E-mail:       Andrew.Friedman@usdoj.gov
              Katheryn.K.Frierson@usdoj.gov
              Arlen.Storm@usdoj.gov

The Court grants the motion and hereby orders the arrest warrant for Troy X. Kelley QUASHED.

DATED this \_\_\_\_16th\_\_\_\_ day of April, 2015.

*/s/ Karen L. Strombom*

KAREN L. STROMBOM
United States Magistrate Judge