The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TROY X. KELLEY,<br><br>　　　　　　　　Defendant. | No. 3:15-cr-05198-RBL<br><br>NOTICE OF APPEARANCE OF<br>MARK N. BARTLETT |

TO:　　　　Clerk of the Court

AND TO:　　All parties of record;

　　　YOU AND EACH OF YOU will please take notice that the undersigned hereby appears in the above-entitled action as counsel for Defendant Troy X. Kelley, and requests that all further papers and pleadings, except original process, be served upon the attorney at the address below stated.

　　　DATED this 29th day of April, 2015.

　　　　　　　　　　　　　　　　　　　　Davis Wright Tremaine LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Troy X. Kelley


　　　　　　　　　　　　　　　　　　　　By *s/ Mark N. Bartlett*
　　　　　　　　　　　　　　　　　　　　　　Mark N. Bartlett, WSBA #15672
　　　　　　　　　　　　　　　　　　　　　　1201 Third Avenue, Suite 2200
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA  98101-3045
　　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 757-8298
　　　　　　　　　　　　　　　　　　　　　　Fax: (206) 757-7298
　　　　　　　　　　　　　　　　　　　　　　E-mail: markbartlett@dwt.com

NOTICE OF APPEARANCE OF MARK N. BARTLETT
(3:15-cr-05198-RBL) - 1
DWT 26730074v1 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington this 29th day of April, 2015.

*s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA #15672

NOTICE OF APPEARANCE OF MARK N. BARTLETT
(3:15-cr-05198-RBL) - 2
DWT 26730074v1 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax