The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TROY X. KELLEY,<br><br>    Defendant. | NO. CR15-5198RBL<br><br>STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>Noted: May 15, 2015 |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Katheryn K. Frierson, and Arlen R. Storm, Assistant United States Attorneys for said District, and the defendant, TROY X. KELLEY, through his attorney, Mark N. Bartlett, file this Stipulated Motion to Enter a Protective Order, and present a proposed Order.

The defendant is charged with possession of stolen funds, perjury, money laundering, obstruction of the IRS, filing false income tax returns, and making a false statement to IRS Agents. While extensive discovery was provided to defense counsel on April 30, 2015, because some discovery contains personal identifying information of individuals other than the defendant, the password for the electronic file containing that discovery – hereinafter referred to as "File 2" – was not provided to defense counsel.

Stipulated Motion for Protective Order - 1
US v. Kelley/CR15-5198RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

In order to facilitate the exchange of discovery, the parties hereby stipulate to the entry of an Order providing that disclosure of the material in File 2, will be made under the following terms and conditions:

a. The materials produced by the government may be used by the defendant, defense counsel and any employees or agents of defense counsel solely in the defense of this case.

b. While defense counsel is present, defense counsel may show the materials produced by the government to (1) any staff, including investigators and administrative assistants, who are assisting the defense; (2) potential experts; (3) the defendant; and (4) persons who are interviewed as potential witnesses. Defense counsel will not disclose the materials produced by the government directly or indirectly to any other individual.

c. Defense counsel may leave the originals with, or provide copies of discovery to, (1) any staff, including investigators and administrative assistants, who are assisting the defense; and (2) potential experts. When providing copies to an authorized person, defense counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order. In the event copies are made, moreover, the copies shall be treated in the same manner as the original material.

d. Defense counsel will not provide copies to (1) the defendant; and (2) persons who are interviewed as potential witnesses.

e. At the conclusion of this case, including all proceedings in the trial and/or appellate courts, defense counsel will either delete/shred or return to the United States Attorney's Office all copies of File 2.

/ / /

/ / /

/ / /

/ / /

Stipulated Motion for Protective Order - 2
US v. Kelley/CR15-5198RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1      f.  Nothing contained in the Protective Order will preclude any party from
2 applying to the Court for further relief or for modification of any provision herein.
3     DATED this 7 day of May, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney


*s/ Arlen R. Storm*
ANDREW C. FRIEDMAN
KATHERYN K. FRIERSON
ARLEN R. STORM
Assistant United States Attorneys


MARK N. BARTLETT
Attorney for Troy X. Kelley

Stipulated Motion for Protective Order - 3
US v. Kelley/CR15-5198RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800