Honorable Robert B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>TROY X. KELLEY,<br><br>                      Defendant. | No. 3:15-cr-05198-RBL<br><br>DECLARATION OF TROY X. KELLEY |

Troy X. Kelley, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the defendant in this case and I am making this declaration in response to the Government's Motion for Inquiry Concerning Potential Conflicts of Interest. In connection with this declaration, I have consulted with independent counsel, Floyd G. Short of Susman Godfrey L.L.P.

2. The government's motion appears to be based on questions concerning whether my defense counsel, Mark N. Bartlett of Davis Wright Tremaine LLP ("DWT"), gave me certain advice, including:

    a. advice regarding the $908,397 retainer sent from Blackstone International to DWT in March 2015 for the defense of my case by DWT and LeSourd & Patten, P.S. ("LeSourd");

DECLARATION OF TROY X. KELLEY - 1
Case No. 3:15-cr-05198-RBL
DWT 26931713v3 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

b.       advice regarding the payment of $447,421 by Blackstone International to the Internal Revenue Service in March 2015;

c.       advice regarding the withdrawal and payment of taxes on $245,000 by Blackstone International for each of tax years 2013 to 2015.

3.   Mr. Bartlett began representing me in connection with the government's investigation in early 2014. Mr. Bartlett did not provide and was not involved in providing any of the advice listed above in paragraph 2. I also do not hold any belief that Mr. Bartlett provided or was involved with providing any such advice.

4.   My choice of criminal defense counsel is Mr. Bartlett and his firm, DWT. I do not want to be deprived of my choice of counsel. Accordingly, in an abundance of caution, and after full consultation with independent counsel, Mr. Short, I waive any right to assert an advice of counsel defense based on any of the alleged advice listed in paragraph 2 to the extent provided by Mr. Bartlett or any attorney at DWT.

5.   I also understand that the government has raised a question regarding Mr. Bartlett's prior representation of my wife, Diane Kelley, in connection with the government's investigation. I understand that my wife has waived any potential conflict that could result from that prior representation.

6.   The $908,397 provided to DWT was for a retainer to cover future anticipated legal fees for DWT and LeSourd to represent me. I fully intend to stipulate to this fact at trial if the government so requests.

7.   I understand that Count I of the Indictment in this case charges Possession and Concealment of Stolen Property. I also understand that the funds the government alleges were stolen are certain funds that I obtained in 2006 through 2008 pursuant to contracts that my business had with Fidelity National Title and Old Republic Title. I disagree with the government's characterization that any such funds were stolen. There has never been an adjudication that any such funds were stolen.

DECLARATION OF TROY X. KELLEY - 2
Case No. 3:15-cr-05198-RBL
DWT 26931713v3 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct to the best of my knowledge and belief.
3  Executed this 5th day of June, 2015 at Seattle, Washington.

*Troy X. Kelley*
Troy X. Kelley

DECLARATION OF TROY X. KELLEY - 3
Case No. 3:15-cr-05198-RBL

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington this 5th day of June, 2015.

s/ *Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954

DECLARATION OF TROY X. KELLEY - 4
Case No. 3:15-cr-05198-RBL
DWT 26931713v3 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700