# EXHIBIT B

# Bartlett, Mark

| | |
|---|---|
| **From:** | Friedman, Andrew (USAWAW) <Andrew.Friedman@usdoj.gov> |
| **Sent:** | Friday, April 17, 2015 2:42 PM |
| **To:** | Bartlett, Mark; Frierson, Katheryn K. (USAWAW); Storm, Arlen (USAWAW) |
| **Cc:** | Robert M. McCallum |
| **Subject:** | RE: Forfeitures |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mark,

As you know, it is the policy of the Department of Justice to seek forfeiture of any property, real or personal, that constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity." We are likely to attempt to seize this money.

Andrew

**From:** Bartlett, Mark [mailto:MarkBartlett@dwt.com]
**Sent:** Thursday, April 16, 2015 8:24 PM
**To:** Friedman, Andrew (USAWAW); Frierson, Katheryn K. (USAWAW); Storm, Arlen (USAWAW)
**Cc:** Robert M. McCallum
**Subject:** Forfeitures

Andrew, Katheryn and Arlen,

Rob and I obviously noted the forfeiture count and the language in paragraph 95. Please let us know if you are going to attempt to seize the retainers Troy has provided us and are currently being held in our respective law firm trust accounts.

Thank you.

Mark

**Mark Bartlett | Davis Wright Tremaine LLP**
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8298 | Fax: (206) 757-7298 Mobile: (206) 794-0705
Email: markbartlett@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.