The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>TROY X. KELLEY,<br><br>                Defendant. | No. 3:15-cr-05198-RBL<br><br>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL PURSUANT TO LCrR 5(g)(4)(B)<br><br>NOTED FOR HEARING:<br>SEPTEMBER 11, 2015 |

      COMES NOW Mark N. Bartlett, Jeffrey B. Coopersmith, and James Harlan Corning of Davis Wright Tremaine LLP (collectively "Movants"), and hereby move to withdraw as counsel for Defendant Troy X. Kelley, and in support state:

1. Movants were initially involved in defending this matter on behalf of Mr. Kelley.

2. Mr. Kelley has now engaged new counsel, Angelo J. Calfo and the law firm of Calfo Harrigan Leyh & Eakes LLP ("CHLE"), to take the lead in defending this matter. Mr. Calfo and CHLE filed a notice of appearance in this matter on September 1, 2015.

3. Movants are no longer actively involved in defending this matter, and as such, request leave to withdraw.

4. Mr. Kelley has been advised of this motion and consents to Movants' withdrawal as Mr. Kelley is now being represented by CHLE.

MOTION FOR LEAVE TO WITHDRAW
PURSUANT TO LCrR 5(g)(4)(B) (3:15-cr-05198-RBL) - 1
DWT 27790266v2 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

5. This motion has been served on Mr. Calfo and CHLE and on Mr. Kelley, as well as the United States Attorney's Office.

Submitted this 3rd day of September, 2015.

>Davis Wright Tremaine LLP
>Attorneys for Defendant Troy X. Kelley
>
>By *s/ Mark N. Bartlett*
>  Mark N. Bartlett, WSBA 15672
>  Jeffrey B. Coopersmith, WSBA 30954
>  James Harlan Corning, WSBA 45177
>  1201 Third Avenue, Suite 2200
>  Seattle, WA  98101-3045
>  Tel:  (206) 622-3150
>  Fax: (206) 757-7700
>  E-mail: markbartlett@dwt.com
>  E-mail: jeffcoopersmith@dwt.com
>  Email:  jamescorning@dwt.com

MOTION FOR LEAVE TO WITHDRAW
PURSUANT TO LCrR 5(g)(4)(B) (3:15-cr-05198-RBL) - 2
DWT 27790266v2 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I hereby certify that I have sent via electronic mail and by First-Class, United States Postal Service the document to Mr. Troy Kelley at his last known address of 2521 Fremont Street, Tacoma, WA 98406.

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington this 3rd day of September, 2015.

*s/ Mark N. Bartlett*
Mark N. Bartlett, WSBA #15672

MOTION FOR LEAVE TO WITHDRAW
PURSUANT TO LCrR 5(g)(4)(B) (3:15-cr-05198-RBL) - 3
DWT 27790266v2 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax