HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-5198RBL |
| Plaintiff, | ORDER SETTING OUT PRETRIAL SCHEDULE |
| v. | |
| TROY X. KELLEY, | |
| Defendant. | |

THIS MATTER is before the Court on the Defendant's Motion for Entry of Case Scheduling Order [Dkt. #47]. The Court has reviewed the proposed schedules outlined by both the Government and the Defense.

The pretrial case schedule is outlined as followed:

| | |
|---|---|
| Deadline to file Motion for Severance: (motion may have a page limit up to 18 pages) | October 30, 2015 |
| Response is due: | November 17, 2015 |
| Reply, if any, is due: | November 23, 2015 |
| **ORAL ARGUMENT SCHEDULED:** | **December 1, 2015 @ 9:30 am** |
| Preliminary discovery deadline: | December 18, 2015 |
| *Brady* deadline for material in the government's possession or information known to the government with a continuing obligation as set forth in Fed.R.Crim.P. 16(c). | December 21, 2015 |

ORDER SETTING OUT PRETRIAL SCHEDULE - 1

| | |
|---|---|
| Government's Preliminary Exhibit and Witness List due: | December 28, 2015 |
| Defendant's Preliminary Exhibit and Witness List due: | February 2, 2016 |
| Pretrial Motions deadline: | November 19, 2015 |
| Responses to Pretrial Motions: | December 18, 2015 |
| Reply to Pretrial Motions: | January 4, 2016 |
| **STATUS CONF-MOTION HEARING SET:** | **January 6, 2016 @ 9:00 am** |
| Government provide expert discovery | January 8, 2016 |
| Jenks and Giglio deadline for material in the government's possession or information known to the government with a continuing obligation as set forth in Fed.R.Crim.P. 16(c). | January 22, 2016 |
| Summary of Expert Testimony deadline: | January 22, 2016 (both) |
| Notice of Other Acts deadline: | January 22, 2016 |
| Rebuttal Expert Disclosures deadline: | February 22, 2016 (both) |
| Summary Exhibits: | February 22, 2016 (both) |
| Motions in Limine filed by: Response & Reply in accord with the local rules | February 22, 2016 |
| Exhibit and Witness Lists due | March 4, 2016 |
| Trial Briefs | March 4, 2016 |
| Proposed Voir Dire | March 4, 2016 |
| Proposed Jury Instructions | March 4, 2016 |
| **PRETRIAL CONFERENCE** | **March 4, 2016 @ 9:30 am** |
| **JURY TRIAL** | **March 14, 2016 @ 9:00 am** |

Dated this 12th day of October, 2015.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge
(electronically signed as authorized JAB)

ORDER SETTING OUT PRETRIAL SCHEDULE - 2