THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>TROY X. KELLEY,<br><br>                      Defendant. | Case No.  3:15-cr-05198-RBL<br><br>DEFENDANT'S MOTION TO SEAL CALFO DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO SEVER COUNTS 2–5, 11, 14–17 (SUPERSEDING INDICTMENT)<br><br>**NOTED FOR:**<br>**FRIDAY, DECEMBER 4, 2015** |

In support of his Reply in Support of Motion to Sever Counts 2–5, 11, 14–17 (Superseding Indictment), defendant is filing a declaration of counsel, which attaches grand jury testimony, as well as tax returns and tax return information.  Pursuant to LCrR 55(b) and (c), defendant requests leave to file the declaration under seal.

DATED this 24th day of November, 2015.

                    CALFO HARRIGAN LEYH & EAKES LLP

                    By   *s/Angelo J. Calfo*
                          Angelo J. Calfo, WSBA #27079
                          999 Third Avenue, Suite 4400
                          Seattle, WA  98104
                          Telephone:  (206) 623-1700
                          Email:  angeloc@calfoharrigan.com

DEFENDANT'S MOTION TO SEAL CALFO DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO SEVER - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Susie Clifford*

DEFENDANT'S MOTION TO SEAL CALFO
DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF MOTION TO SEVER - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717