UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TROY X. KELLEY,<br><br>Defendant. | NO. CR15-5198RBL<br><br>NOTICE CONCERNING CIVIL FORFEITURE |

The United States indicated in previous pleadings and argument that it intended – at the conclusion of the hearing the Court conducted on December 1-3, 2015 - to file a civil forfeiture action against the $908,397.51 seized on September 8, 2015, pursuant to a warrant, from the trust account of Davis Wright Tremaine LLP. At the conclusion of the hearing, the Court made no specific findings regarding the forfeitability of those funds. Instead, the Court stated that it wished to return to the pre-seizure *status quo* and ordered the funds transferred to the trust account of Calfo Harrigan Leyh & Eakes LLP, to be held there and not to be disbursed absent further Order of the Court. *See also* Minute Order (Dec. 4, 2015) ("directing the transfer of the seized funds to a blocked account absent further order of this Court"). The Court also stated that the United States would have the opportunity to respond to any defense request to disburse funds from that blocked account. In light of the Court's ruling, and the fact that the funds are no longer in the United States' possession, but are now in Kelley's counsel's trust account, the United

GOVERNMENT'S NOTICE CONCERNING CIVIL FORFEITURE
KELLEY (No. CR15-5198RBL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | States has decided that it will not file a civil forfeiture action against the funds at this
2 | time.
3 | DATED: this 17th day of December, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Richard E. Cohen*
RICHARD E. COHEN
Assistant United States Attorney

*s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN
Assistant United States Attorney

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0822
E-mail: Richard.Cohen@usdoj.gov
Andrew.Friedman@usdoj.gov

GOVERNMENT'S NOTICE CONCERNING CIVIL FORFEITURE
KELLEY (No. CR15-5198RBL) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on December 17, 2015, I electronically filed the foregoing |
| 3 | with the Clerk of the Court using CM/ECF system which will send notification of such |
| 4 | filing to the attorney of record for the parties. |


# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the attorney of record for the parties.

    *s/Michael McLaren*
MICHAEL MCLAREN
FSA Paralegal IV
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2242
Fax: (206) 553-6934
Email: Michael.McLaren@usdoj.gov

GOVERNMENT'S NOTICE CONCERNING CIVIL FORFEITURE
KELLEY (No. CR15-5198RBL) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970