THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-05198-RBL |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO SEAL PLEADINGS REGARDING RELEASE OF FUNDS |
| vs. | |
| TROY X. KELLEY, | |
| Defendant. | |

The Court, having received and reviewed Defendant's Motion to Seal, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED that Defendant's Motion to Seal is GRANTED.

The following pleadings are to be filed and remain under seal:

(1) Stipulation to Release Funds and Create a Security Interest in Favor of the United States; and

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING EX PARTE
MOTION FOR RELEASE OF FUNDS - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

(2) Order Releasing Funds and Creating a Security Interest in Favor of the United States.

DATED this 26th day of January, 2016.

_____
Ronald B. Leighton
United States District Judge

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP

By    *s/Angelo J. Calfo*
        Angelo J. Calfo, WSBA #27079
        999 Third Avenue, Suite 4400
        Seattle, WA  98104
        Telephone:  (206) 623-1700
        Email:  angeloc@calfoharrigan.com

[PROPOSED] ORDER GRANTING EX PARTE
MOTION FOR RELEASE OF FUNDS - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Susie Clifford*

[PROPOSED] ORDER GRANTING EX PARTE
MOTION FOR RELEASE OF FUNDS - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717