THE HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                              Plaintiff,

        vs.

TROY X. KELLEY,

                              Defendant.

Case No.  3:15-cr-05198-RBL

STIPULATION AND ORDER
EXTENDING TIME TO FILE MOTION
FOR ACQUITTAL UNDER RULE 29(c)

**NOTED FOR
Tuesday, May 10, 2016**

**STIPULATION**

In order to allow Mr. Kelley sufficient time to evaluate the need and/or propriety of a

motion for judgment of acquittal and to allow the Government sufficient time to respond to any

such motion, the United States and Troy X. Kelley stipulate and agree that the date by which

\\        \\

\\        \\

STIPULATION AND ORDER EXTENDING
TIME TO FILE MOTION FOR ACQUITTAL
UNDER RULE 29(c) - 1

1   Mr. Kelley must file a motion for acquittal under Rule 29(c) should be extended from May 10,

2   2016 to May 24, 2016, and the date by which the Government must file a response to any such

3   motion shall be June 7, 2016.  An optional reply brief may be filed not later than June 20,

4   2016.

5          DATED this 10th day of May, 2016.

6                          CALFO HARRIGAN LEYH & EAKES LLP

7

8                          By     s/Angelo J. Calfo
                                  Angelo J. Calfo, WSBA #27079
9                                 Patricia A. Eakes, WSBA #18888
                                  999 Third Avenue, Suite 4400
10                                Seattle, WA  98104
                                  Telephone:  (206) 623-1700
11                                E-mail:  angeloc@calfoharrigan.com
                                  E-mail:  pattye@calfoharrigan.com
12

13                         ANNETTE L. HAYES
                           United States Attorney
14

15                         By     s/ Andrew C. Friedman
16                                ARLEN R. STORM
                                  ANDREW C. FRIEDMAN
17                                KATHERYN KIM FRIERSON
                                  Assistant United States Attorneys
18                                700 Stewart Street, Suite 5220
                                  Seattle, Washington 98101-1271
19                                Telephone: (206) 553-7970
                                  E-mail:  Arlen.Storm@usdoj.gov
20                                      Andrew.Friedman@usdoj.gov
                                        Katheryn.K.Frierson@usdoj.gov
21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER**

The Court, having received and reviewed the parties' stipulation set forth above, and good cause appearing, hereby ORDERS that the date by which Mr. Kelley must file a motion for acquittal under Rule 29(c) is hereby extended from May 10, 2016 to May 24, 2016, and that the Government's response to any such motion shall be due June 7, 2016.  An optional reply brief may be filed not later than June 20, 2016.

DATED this 10th day of  May, 2016.


Ronald B. Leighton
United States District Judge


STIPULATION AND ORDER EXTENDING
TIME TO FILE MOTION FOR ACQUITTAL
UNDER RULE 29(c) - 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Florine Fujita*

STIPULATION AND ORDER EXTENDING
TIME TO FILE MOTION FOR ACQUITTAL
UNDER RULE 29(c) - 4